# IN THE SUPREME COURT OF THE STATE OF NEVADA

NICHOLAS JAMES WILLING,
          Appellant,
vs.
THE STATE OF NEVADA,
          Respondent.

No. 69860

**FILED**

APR 2 7 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se notice of appeal. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

On February 23, 2016, appellant filed a notice of appeal. No appealable order was designated in the notice of appeal. Because appellant failed to designate an appealable order, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:   Hon. Robert W. Lane, District Judge
      Nicholas James Willing
      Attorney General/Carson City
      Nye County District Attorney
      Nye County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-13286